# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1263

_____

United States of America,

        Appellee,

        v.

Jose Luis Ramos-Corona,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Nebraska.
\*    [UNPUBLISHED]
\*
\*

_____

Submitted: June 5, 2002
Filed: June 10, 2002

_____

Before MURPHY, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Jose Luis Ramos-Corona pleaded guilty to one count of conspiring to distribute and possess with intent to distribute 500 grams or more of a substance containing methamphetamine, in violation of 21 U.S.C. § 846. After the district court[1] sustained Ramos-Corona's objections to the presentence report's drug-quantity determination and 2-level firearm enhancement, he was subject to a Guidelines imprisonment range of 97-121 months and a statutory mandatory minimum sentence of 120 months. The court then sentenced him to 121 months in prison and 5 years supervised release.

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

On appeal Ramos-Corona's counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the district court should have sentenced Ramos-Corona to 120 rather than 121 months imprisonment. We may not review a sentence, however, simply because it is at the top of a properly calculated Guidelines range. <u>See</u> <u>United States v. Woodrum</u>, 959 F.2d 100, 101 (8th Cir. 1992) (per curiam).

Having found no nonfrivolous issues in our independent review of the record, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we grant counsel's motion to withdraw and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.